The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. XAVIER SURITA Defendant. | Case No.: 2:25-cr-00026-DJC-4 STIPULATION AND ORDER DATE: 5/25/ 25 TIME: 9:00 AM DEPT: Hon. Daniel J. Calabretta |

It is hereby stipulated between Assistant United States Attorney Nicole Vanek and Olaf Hedberg, counsel for Defendant Xavier Surita that:

1. Mr. Surita is currently set for sentencing on April 9, 2025 with a draft Presentence Investigation Report due on 2/26/26 (PACER #129);

2. An issue has arisen regarding the applicability of the Career Offender Guidelines to Mr. Surita's case;

3. Specifically, Mr. Surita potentially has a qualifying prior for a controlled substance offense and a crime of violence;

4. As to the crime of violence an issue arose regarding Counsel's advice to Mr. Surita which could potentially give Mr. Surita a basis to move to withdraw his plea. At Counsel's request the Court appointed Second Opinion counsel who is currently working with Mr. Surita on that issue;

- 1 -

5. A second issue has arisen regarding Mr. Surita's potential controlled Substance Offense;

6. Mr. Surita appears to have a conviction for Cal H&S 11379 (Possession of Methamphetamine for Sale);

7. On January 8, 2026 the Ninth Circuit issued United States v. Soto 163 F4th 1249 (9th Cir 2026);

8. In that case the Ninth Circuit certified a question to the California Supreme Court asking whether, pursuant to Cal H&S 11378, the State was required to prove a charge for possession of a specified listed controlled substance by showing the defendant possessed that actual substance and not an analog of that substance;

9. As a result the viability of Mr. Surita's Cal H&S 11378 conviction as a controlled substance offense Career Criminal predicate is unsettled and unknown;

10. Because of the uncertainty in the law it is not currently possible to determine whether Mr. Surita is a Career Offender candidate and for Counsel to advise Mr. Surita and/or marshal appropriate arguments until the 9th Circuit issues it's final decision in Soto;

11. As a result counsel request that the matter be set for a Status of Sentencing date on June 25, 2026;

12 Deputy Probation Officer Hayley La Fazia has been consulted and agrees with the above.

IT IS SO STIPULATED

Dated: Feb. 25, 2025                                                /s/ Olaf W. Hedberg
                                                                          Olaf W. Hedberg
                                                                          Attorney for Defendant


Dated: Feb 25, 2025                                                ERIC GRANT
                                                                          United States Attorney

                                                                          /s/ Nicole Vanek
                                                                          NICOLE VANEK
                                                                          Assistant United States Attorney
                                                                          Attorneys for Plaintiff


**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.


IT IS SO ORDERED.


Dated:  February 26, 2026                          /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE