The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

Xavier Surita

              Defendant.

Case No.:  2:25-cr-00026-DJC-4

STIPULATION AND ORDER

DATE: 5/18/26
TIME: 9:00 AM
DEPT: Hon. Daniel J. Calabretta

It is hereby stipulated between Assistant United States Attorney Nicole Vanek and Olaf Hedberg, counsel for Defendant Xavier Surita that:

1. Mr. Surita is currently set for status of sentencing on 6/25/26;

2. By virtue of this stipulation the parties respectfully request that the Court take the 6/25/26 Status of Sentencing hearing off calendar and set this matter for J/S om 8/27/26 at 9 am;

3. Additionally, the parties respectfully request that the Court adopt the following briefing schedule:

Proposed Pretrial Report Disclosed:  7/16/26

Counsel's Written Objections:  7/30/26

Pretrial Report Filed With the Court: 8/6/26

Motion for Correction Filed With the Court: 8/13/26

- 1 -

Reply or Statement of Non-Opposition: 8/20/26

Judgement and Sentencing 8/27/26 ar 9 am

4 Deputy Probation Officer Hayley La Fazia has been consulted and agrees with the above.

IT IS SO STIPULATED

Dated: <u>May 18, 2026</u>                                    <u>/s/ Olaf W. Hedberg</u>
                                                        Olaf W. Hedberg
                                                        Attorney for Defendant

Dated: <u>May 18, 2026</u>                                    ERIC GRANT
                                                        United States Attorney

                                                        <u>/s/ Nicole Vanek</u>
                                                        NICOLE VANEK
                                                        Assistant United States Attorney
                                                        Attorneys for Plaintiff

- 2 -

**O R D E R**

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety and removes the previously scheduled Status of Sentencing hearing currently set for June 25, 2026 from calendar.

Further, the Court sets the Sentencing hearing for August 27, 2026 at 9 am and adopts the following briefing schedule:

Proposed Pretrial Report Disclosed:  7/16/26

Counsel's Written Objections:  7/30/26

Pretrial Report Filed With the Court: 8/6/26

Motion for Correction Filed With the Court: 8/13/26

Reply or Statement of Non-Opposition: 8/20/26

Judgement and Sentencing 8/27/26 at 9 am

IT IS SO ORDERED.

Dated:  May 22, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE